IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES E. TURNER,  No. CIV S-06-0207-FCD-CMK-P

    Plaintiff,

  vs.  ORDER

ROD HICKMAN, et al.,

    Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On September 7, 2006, the court determined that service of this action was appropriate for seven defendants. Plaintiff was directed to return documents necessary for service of the action by the United States Marshal. On September 22, 2006, plaintiff filed a document informing the court that he was not sent one of the required forms. Plaintiff has submitted all other documents necessary for service. Good cause appearing therefor, the Clerk of the Court will be directed to forward plaintiff an additional USM-285 form, which plaintiff must complete and return within 30 days. Only once the completed form is returned can the court issue orders necessary to effect service.

/ / /

1

Plaintiff is cautioned that failure to comply with this order may result in dismissal of this action for lack of prosecution. <u>See</u> Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall forward to plaintiff one blank USM-285 form; and

2. Within 30 days of the date of this order, plaintiff shall return the completed form to the court.

DATED: September 26, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE