IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES E. TURNER,

    Plaintiff,                   No. CIV S-06-0207 FCD CMK P

    vs.

ROD HICKMAN, et al.,

    Defendants.             <u>ORDER</u>

_____/

       Plaintiff has requested an extension of time to file and serve an opposition to defendants' February 6, 2007, request to stay proceedings. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's February 15, 2007, motion for an extension of time is granted; and

       2. Plaintiff is granted until March 20, 2007, in which to file and serve an opposition to defendants' February 6, 2007, request to stay proceedings.

DATED: March 7, 2007.

                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE